# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 19-CR-58-JED |
| GREGORY SINCLAIR CONNOR, | ) |
| Defendant. | ) |

## DEFENDANT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

COMES NOW the Defendant, Gregory Sinclair Connor, by and through his attorneys of record, Mark D. Lyons and Martha L. Blackburn of Lyons & Clark, Inc., and for his submits his Supplemental Proposed Jury Instruction:

# PROPOSED JURY INSTRUCTION NO. ___
# DEFINITION OF "LABELING"

Based on the testimony of Dr. Arthur Simone, as the Senior Medical Advisor for the Office of Unapproved Drugs and Labeling Compliance of the FDA, testified that the definition of "labeling" to be considered whether there is false and misleading information on a label includes the packaging insert, the label on the Botox vial, all information found in the package insert with the Botox, all information found on the Allergan website, information found on the Food and Drug Administration website for Botox, the box in which the Botox was contained, and information used by Allergan to market Botox.

Respectfully submitted,

/s/ Mark D. Lyons
Mark D. Lyons, OBA #5590
Martha L. Blackburn, OBA #19753
LYONS & CLARK, INC.
616 S. Main, Suite 201
Tulsa, OK 74119
(918) 599-8844 Telephone
(918) 599-8585 Facsimile
lyonscla@swbell.net
**Attorney for Defendant**

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2019, I electronically submitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ms. Melody Nelson - Melody.Nelson2@usdoj.gov
Mr. Richard M. Cella - richard.cella@usdoj.gov

/s/ Mark D. Lyons

4