Case 4:20-cr-00004-GKF   Document 109-1 Filed in USDC ND/OK on 09/23/21   Page 1 of 3

TULSA WORLD · SUNDAY, NOVEMBER 3, 2019 · A5
tulsaworld.com

# SAVE UP TO 80% ON YOUR MEDICATION!

## MY DRUG CENTER
Canadian & International Pharmacy Service

**CALL US (Toll Free)**
**1-877-385-8998**

| Drug | Strength | Qty | Price | Drug | Strength | Qty | Price | Drug | Strength | Qty | Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cialis* | 20mg | 20 | $68 | Advair Diskus* | 250/50 | 180 | $114 | Eliquis | 5mg | 180 | $289 |
| Viagra* | 100mg | 20 | $59 | Spiriva* | 18mcg | 90 | $79 | Xarelto | 20mg | 84 | $189 |
| Cialis* | 5mg | 90 | $109 | Symbicort* | 160/4.5 | 360 | $79 | Januvia | 100mg | 84 | $114 |
| Levitra* | 20mg | 30 | $70 | Myrbetriq* | 50mg | 100 | $165 | Jardiance | 25mg | 90 | $179 |
| Anoro Ellipta | 62.5/25 | 90 | $299 | Azilect* | 1mg | 100 | $105 | Farxiga | 10mg | 84 | $179 |
| Premarin | 0.625mg | 84 | $73 | Ventolin* | 90mcg | 600 | $29 | Tradjenta | 5mg | 90 | $139 |
| Premarin Cream | 0.625mg | 42g | $89 | Flovent HFA | 110mcg | 360 | $89 | Estring* | 2mg | 1 ring | $125 |
| Stendra | 200mg | 8 | $134 | Avodart* | 0.5mg | 100 | $69 | Latuda* | 40mg | 90 | $199 |
| Colchicine* | 0.6mg | 100 | $74 | Vytorin* | 10mg/40mg | 90 | $72 | Pradaxa | 150mg | 180 | $214 |
| Vagifem | 10mcg | 24 | $99 | Boniva* | 150mg | 3 | $69 | Lumigan* | 0.03% | 9ml | $44 |
| Celebrex* | 200mg | 90 | $66 | Vesicare* | 10mg | 90 | $129 | Restasis | 0.05% | 90 | $209 |
| Synthroid | 100mcg | 90 | $25 | Pristiq* | 100mg | 100 | $69 | Soolantra | 1% | 30g | $129 |
| Bystolic* | 5mg | 100 | $37 | Breo Ellipta | 100/25 | 90 | $295 | Entocort* | 3mg | 100 | $72 |
| Prempro | 0.3mg/1.5mg | 84 | $89 | Ranexa* | 500mg | 200 | $67 | Qvar* | 80mcg | 400 | $87 |
| Combigan* | 0.2%/0.5% | 15ml | $39 | Vivelle-Dot | 75mcg | 24 | $99 | Gleevec* | 400mg | 100 | $579 |

...and many more...

☑ US Prescriptions Accepted
☑ Lowest Price Guaranteed
☑ Available 7 days a week
☑ Prescription Required

**CALL NOW & SAVE UP TO 80%**

All pricing in USD and subject to change without notice.

A6  MONDAY, JUNE 24, 2019

tulsaworld.com

TULSA WORLD

## CALL NOW & SAVE UP TO 84% ON YOUR NEXT PRESCRIPTION

| Drug Name | Qty (pills) | Price* | Drug Name | Qty (pills) | Price* |
|---|---|---|---|---|---|
| Viagra 100mg | 16 | $47.99 | Premarin Vaginal Cream 0.625mg/g | 42 g | $104.99 |
| Viagra 50mg | 16 | $44.99 | Voltaren Emulgel 1% | 300 g | $89.99 |
| Cialis 5mg | 84 | $154.99 | Armour Thyroid 60 mg | 100 | $84.99 |
| Cialis 20mg | 16 | $124.99 | Dexilant 60 mg | 90 | $344.99 |
| Levitra 20mg | 30 | $134.99 | Onglyza 5mg | 84 | $314.99 |
| Stendra 200mg | 16 | $264.99 | Pradaxa 150mg | 180 | $479.99 |
| Spiriva 18mcg | 90 ds | $194.99 | Synthroid 100mcg | 90 | $64.99 |
| Advair 250mcg/50mcg | 180 ds | $209.99 | QVAR 80mcg | 400 ds | $139.99 |
| Vagifem 10mcg | 24 | $119.99 | Finacea Gel 15% | 90 g | $139.99 |
| Premarin 0.625mg | 84 | $99.99 | Uloric 40mg | 90 | $179.99 |
| Combivent 18mcg/103mcg | 600 ds | $144.99 | Breo Ellipta 100mcg/25mcg | 90 ds | $404.99 |
| Symbicort 160mcg/4.5mcg | 360 ds | $219.99 | Jublia 10% | 24 ml | $494.99 |
| Entocort 3mg | 100 | $134.99 | Tradjenta 5mg | 90 | $354.99 |
| Januvia 100mg | 84 | $264.99 | Anoro Ellipta 62.5mcg/25mcg | 90 ds | $319.99 |
| Aggrenox 200mg/25mg | 200 | $144.99 | Livalo 4 mg | 100 | $84.99 |
| Colcrys 0.6mg | 100 | $114.99 | Multaq 400mg | 180 | $664.99 |
| Ventolin 90mcg | 600 ds | $84.99 | Elmiron 100mg | 100 | $174.99 |
| Xifaxan 550mg | 100 | $174.99 | Corlanor 5mg | 100 | $69.99 |
| Asacol 800mg | 300 | $254.99 | | | |
| Vesicare 10mg | 100 | $169.99 | | | |
| Ranexa ER 500mg | 200 | $194.99 | | | |
| Myrbetriq 50mg | 90 | $369.99 | | | |
| Actigall 300mg | 300 | $229.99 | | | |
| Bystolic 5mg | 84 | $119.99 | | | |
| Eliquis 5mg | 180 | $609.99 | | | |
| Spiriva Respimat 2.5mcg | 180 ds | $239.99 | | | |
| Prempro 0.3mg/1.5mg | 84 | $109.99 | | | |
| Estring 7.5mcg/24hr | 1 | $124.99 | | | |
| Restasis 0.05% | 90 ds | $229.99 | | | |
| Combigan 0.2%/0.5% | 15 ml | $144.99 | | | |
| Azilect 1mg | 100 | $329.99 | | | |
| Janumet 50mg/1000mg | 180 | $334.99 | | | |
| Lumigan 0.01% | 9 ml | $84.99 | | | |
| Flovent HFA 110mcg | 360 ds | $164.99 | | | |
| Xarelto 20mg | 90 | $509.99 | | | |
| Jardiance 25mg | 84 | $419.99 | | | |
| Retin-A Cream 0.05% | 40 g | $84.99 | | | |
| Vivelle-Dot 50mcg | 24 patches | $129.99 | | | |

✓ Over 1500 Medications available
✓ Price Match Guarantee
✓ Call for Free Price Quote
✓ Prescriptions Required
✓ CIPA Certified

**Toll Free Phone**
1-800-267-2688

**Toll Free Fax**
1-800-563-3822

Call Now & Save

All pricing in U.S dollars and subject to change without notice. "We accept Amex, Electronic Checking, Personal Check or International Money Order." *Prices shown are for the equivalent generic drug if available.*

**TotalCareMart.com**
Savings made easy

1-800-267-2688

www.TotalCareMart.com

Mailing Address: ORDER PROCESSING CENTER, PO BOX 121 STN L, WINNIPEG, MANITOBA, R3H 0Z4, CANADA

CODE DC60

| Drug | Dose | Qty | Price | | Drug | Dose | Qty | Price |
|---|---|---|---|---|---|---|---|---|
| Cialis* | 5mg | 90 | $109 | | Symbicort* | 160/4.5 | 360 | $79 | | Januvia | 100mg | 84 | $114 |
| Levitra* | 20mg | 30 | $70 | | Myrbetriq* | 50mg | 100 | $165 | | Jardiance | 25mg | 90 | $179 |
| Anoro Ellipta | 62.5/25 | 90 | $299 | | Azilect* | 1mg | 100 | $105 | | Farxiga | 10mg | 84 | $179 |
| Premarin | 0.625mg | 84 | $73 | | Ventolin* | 90mcg | 600 | $29 | | Tradjenta | 5mg | 90 | $139 |
| Premarin Cream | 0.625mg | 42g | $89 | | Flovent HFA | 110mcg | 360 | $89 | | Estring* | 2mg | 1 ring | $125 |
| Stendra | 200mg | 8 | $134 | | Avodart* | 0.5mg | 100 | $69 | | Latuda* | 40mg | 90 | $199 |
| Colchicine* | 0.6mg | 100 | $74 | | Vytorin* | 10mg/40mg | 90 | $72 | | Pradaxa | 150mg | 180 | $214 |
| Vagifem | 10mcg | 24 | $99 | | Boniva* | 150mg | 3 | $69 | | Lumigan* | 0.03% | 9ml | $44 |
| Celebrex* | 200mg | 90 | $66 | | Vesicare* | 10mg | 90 | $129 | | Restasis | 0.05% | 90 | $209 |
| Synthroid | 100mcg | 90 | $25 | | Pristiq* | 100mg | 100 | $69 | | Soolantra | 1% | 30g | $129 |
| Bystolic* | 5mg | 100 | $37 | | Breo Ellipta | 100/25 | 90 | $295 | | Entocort* | 3mg | 100 | $72 |
| Prempro | 0.3mg/1.5mg | 84 | $89 | | Ranexa* | 500mg | 200 | $67 | | Qvar* | 80mcg | 400 | $87 |
| Combigan* | 0.2%/0.5% | 15ml | $39 | | Vivelle-Dot | 75mcg | 24 | $99 | | Gleevec* | 400mg | 100 | $579 |

and many more…

☑ US Prescriptions Accepted
☑ Lowest Price Guaranteed
☑ Available 7 days a week
☑ Prescription Required

*All pricing in USD and subject to change without notice.*
*\*Prices shown are for the equivalent generic drug.*

**CALL NOW & SAVE UP TO 80%**

Call Us (Toll Free)  **1-877-385-8998**  Open 7 Days a Week

Visit Us  **MyDrugCenter.com**

PO BOX 96011 Ironwood PO, Richmond, BC V7A 1N0, Canada